**Dismissed and Memorandum Opinion filed August 29, 2019.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00669-CV

## IN RE A RED MALE PIT BULL MIX

**On Appeal from the County Court at Law No. 1**
**Bell County, Texas**
**Trial Court Cause No. 87148**

## MEMORANDUM OPINION

Appellant appeals an order authorizing the euthanasia of her dog, King. During the pendency of this appeal, King was euthanized pursuant to an order in a separate criminal proceeding. When King was euthanized a case or controversy ceased to exist in the current proceeding. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001) ("[i]f a controversy ceases to exist—the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome—the case becomes moot."). The facts of this case do not fall under recognized exceptions to the mootness doctrine, including the "capable of repetition, yet evading review" exception. *See Gen. Land Office v. Oxy U.S.A., Inc.*, 780 S.W.2d

569, 571 (Tex. 1990). King was euthanized pursuant to a valid order of euthanasia in a separate proceeding from the one below. Appellant's failure to perfect her appeal from that order in that separate criminal proceeding prevented its review.

We lack subject matter jurisdiction over this appeal and for that reason we order it dismissed. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.